# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **QUANTEGY, INC.,** | ) | **Case No. 05-80042-DHW** |
| **QUANTEGY INTERNATIONAL, INC.,** | ) | |
| **QM, INC., QUANTEGY MEDIA** | ) | **Jointly Administered** |
| **CORPORATION, QUANTEGY** | ) | |
| **HOLDINGS, INC., QUANTEGY** | ) | |
| **ACQUISITIONS CORP.,** | ) | |
| **GOPROAUDIO.COM, INC.,** | ) | |
| **GOPRODIRECT.COM, INC.,** | ) | |
| | ) | |
| **Debtors.** | ) | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned case as proposed counsel to the Official Committee of Unsecured Creditors of Quantegy, Inc. and QM, Inc., (the "Committees"), and pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§101, *et seq.* (the "Bankruptcy Code"), demand that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

Clark R. Hammond    email: chammond@jbpp.com
Shayana Boyd Davis email: sdavis@jbpp.com
Max A. Moseley       email: mmoseley@jbpp.com
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203
Phone: (205) 458-9400

Keith H. Wofford    email: kwofford@kelleydrye.com
Jay Heinrich         email: jheinrich@kelleydrye.com

Debra Yang       email: dyang@kelleydrye.com
101 Park Avenue 29th Floor
New York, New York  10178
Tel:  (212) 808-7800
Fax: (212) 808-7897

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that, this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: Birmingham, Alabama
       February 3, 2005

W0494903.1                                    2

Case 05-80042    Doc 120    Filed 02/03/05    Entered 02/03/05 18:01:30    Desc Main
                Document      Page 2 of 4

__/S/ Shayana Boyd Davis_____
Clark R. Hammond
Shayana Boyd Davis
Max A. Moseley

**JOHNSTON BARTON PROCTOR & POWELL LLP**
2900 AmSouth/Harbert Plaza
1901 6th Avenue North
Birmingham, AL 35203
Phone: (205) 458-9400

    and

Keith H. Wofford
Jay Heinrich
Debra Yang

**KELLEY DRYE & WARREN LLP**
101 Park Avenue
New York, NY 10178
Phone: (212) 808-7800

Proposed Counsel for
The Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served by electronic mail or by U.S. Mail, this 3rd day of February, 2005, on the following:

Cameron A. Metcalf, Esq.
Espy, Metcalf & Poston, PC
P. O. Drawer 6504
Dothan, Alabama 36302

Teresa R. Jacobs
U.S. Bankruptcy Administrator
One Church Street
Montgomery, Alabama 36104

                                                  _/S/ Shayana Boyd Davis_____
                                                  Of Counsel